JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENNETH EMANUEL BAPTISTE, | Case No. 2:23-cv-09280-RGK (DTB) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| G. MATTISON, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 3/25/2024

_____
R. GARY KLAUSNER
United States District Judge

1